FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

11 FEB -8  AM 11: 54

CLERK-LAS CRUCES

RAYNERA MROTEK

    Plaintiff,

v.                                                          Case No. 6:10-CV-01003-RB-WDS

NELSON, WATSON & ASSOCIATES, LLC

    Defendant.

---

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

---

THIS COURT having been advised by the parties that the parties have settled all claims associated with the above-captioned case, and the parties being in agreement that all claims against the Defendants should be dismissed with prejudice, orders as follows:

IT IS ORDERED that each and every claim set forth in the Complaint against the Defendant is dismissed with prejudice, and without an award of attorneys' fees or costs to any party.

IT IS SO ORDERED.

SIGNED this _____ day of February 2011.

_____
United States District Judge

SUBMITTED BY:

MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.


By: */s/Jennifer G. Anderson*
    JENNIFER G. ANDERSON
    Attorneys for Defendant
    P.O. Box 2168
    Bank of America Centre, Suite 1000
    500 Fourth Street, N.W.
    Albuquerque, New Mexico 87103-2168
    Phone:  (505) 848-1800
    Facsimile:  (505) 848-1882


APPROVED:

    TRIENEN LAW OFFICE

By:*/s/Rob Trienen*
    Rob Trienen, Esq.
    Attorneys for Plaintiff
    500 Tijeras Ave NW
    Albuquerque, NM 87102
    Phone:  (505) 247-1980

C:\Temp\notes6ED8F7\MROTEK Order of Dismissal (W1398119).DOCX